# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ADIS,<br><br>   Plaintiff,<br>vs.<br><br>Commissioner of Social Security,<br>   Social Security<br>   Administration, | Case No.: 2:24-cv-00751-KJM-JDP (SS)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL STIPULATION TO AMEND AND TIME TO RESPOND |

### [PROPOSED] ORDER

The Court, having considered the Parties' Stipulation, hereby ORDERS that:

1. Plaintiff's may file an amended Memorandum of Points and Authorities to the Summary Judgement filed on June 14, 2024 [Dckt No. 12] by June 28, 2024.

2. The Defendant's opposition to such motion will be due thirty (30) days from the date which Plaintiff files the amended Memorandum of Points and Authorities

IT IS SO ORDERED.

Dated:   June 27, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE