PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN ADIS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-00751-KJM-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 29, 2024, up to and including August 28, 2024.

    This is Defendant's first request for an extension, and it is made with good cause. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has five briefs due in July, including three that are due on the same day as the brief in this case. Defendant requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

Stip. for Ext.; 2:24-cv-00751-KJM-JDP    1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                  Respectfully submitted,

Dated: July 9, 2024                /s/ *Justin Prato\**
                                          *(\*as authorized via e-mail on July 9, 2024)*
                                            JUSTIN PRATO
                                            Attorney for Plaintiff

Dated: July 9, 2024                PHILLIP A. TALBERT
                                            United States Attorney

                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation, Office 7

                              By:     */s/ Mary Tsai*
                                            MARY TSAI
                                            Special Assistant U.S. Attorney
                                            Office of Program Litigation, Office 7

                                            Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 28, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   July 11, 2024                                               
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE