UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ADIS, | Case No. 2:24-cv-0751-KJM-JDP (SS) |
| Plaintiff, | |
| v. | ORDER |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

    On February 4, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on February 18, 2025, and defendant filed a response on March 4, 2025. Both were considered by the undersigned.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 4, 2025, are adopted;
2. Plaintiff's motion for summary judgment, ECF No. 12, is DENIED;
3. The Commissioner's cross-motion for summary judgment, ECF No. 19, is GRANTED; and
4. The Clerk of Court is directed to enter judgment in the Commissioner's favor and close the case

DATED: March 18, 2025.

_____
UNITED STATES DISTRICT JUDGE